[No. 10107.   Department Two.   April 8, 1912.]

HOLLON PARKER, *Respondent*, v. DORSEY M. HILL, *as Receiver of the Walla Walla Fire Insurance Company et al., Appellants.*[1]

Appeal from a judgment of the superior court for Columbia county, Miller, J., entered June 6, 1911, upon findings in favor of the plaintiff, in an action for cancellation of mortgages. Reversed.

*Reynolds & Bond, Rader & Barker*, and *J. W. Marshall*, for appellants.

*Lester S. Wilson* and *Ralph E. Moody*, for respondent.

PER CURIAM.—For the reasons stated in *Parker v. Hill*, No. 10106, *ante* p. 134, 122 Pac. 618, the judgment in this case is reversed and the cause remanded to the lower court with instructions to enter a decree foreclosing the mortgage set out in the cross-complaint.

---

[No. 10135.   Department Two.   May 23, 1912.]

WILLIAM JOHNSTON, *Appellant*, v. A. J. GAISELL, *Respondent.*[2]

Appeal from a judgment of the superior court for Thurston county, Mitchell, J., entered May 8, 1911, upon findings in favor of the defendant, in an action on contract. Reversed.

*Troy & Sturdevant*, for appellant.

*G. C. Israel, Frank C. Owings*, and *Thos. L. O'Leary*, for respondent.

PER CURIAM.—For the reasons given in the case of *Gaisell v. Johnston, ante* p. 470, 123 Pac. 783, No. 10134, just decided, the judgment herein is reversed and the cause is remanded to the court below with instructions to enter a judgment in favor of appellant and against respondent for the sum of $500, with interest at five per cent from October 24, 1910.

[1]Reported in 122 Pac. 623.

[2]Reported in 123 Pac. 784.